IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH HILL and STEPHENY HILL,  Plaintiffs, | ) ) ) ) ) |
| v. | ) Case No. 09-456 ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., f/k/a RPS, INC., a corporation or other legal entity,  Defendant. | ) ) ) ) ) ) |

**FEDEX GROUND PACKAGE SYSTEM, INC.'S**
**DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, FedEx Ground Package System, Inc., by and through undersigned counsel, certifies that it is an operating company of FedEx Corporation and that its ultimate parent company is FedEx Corporation. Other than FedEx Corporation, no other publicly held company owns ten or more percent of FedEx Ground Package System, Inc.'s stock.

Respectfully submitted,

/s/ Meaghan E. Ryan

J. Rushton McClees (MCCLJ8805)
Meaghan E. Ryan (RYANM3666)
rmcclees@sirote.com
mryan@sirote.com

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

        T. Julian Motes (MOTET6512)
        **SIROTE & PERMUTT, P.C.**
        One St. Louis Centre, Suite 1000
        Post Office Drawer 2025
        Mobile, AL  36602
        Tel.:   (251) 432-1671
        Fax:   (251) 434-0196
        jmotes@sirote.com

        *Attorneys for Defendant,*
        *FedEx Ground Package System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael S. McNair, Esq. (MCN004)
    Jason C. Johnston, Esq. (JOH194)
    M.S. McNair, Attorney at Law, P.C.
    2151 Government Street
    Mobile, AL  36606
    msm@mcnair.com
    jcj@mcnair.com

        /s/ Meaghan E. Ryan
        OF COUNSEL